UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 19481
    ANGELA T ECKLES
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX


            Debtor
    SSN XXX-XX-1987
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/29/2008 and was not confirmed.

    The case was dismissed without confirmation 12/01/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BALLY TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| BENEFICIAL HFC | UNSECURED | NOT FILED | .00 | .00 |
| WOMENS HEALTHCARE OF ILL | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | 600.00 | .00 | .00 |
| SBC | UNSECURED | NOT FILED | .00 | .00 |
| FID INFO CORP | UNSECURED | 168.51 | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| ASKLEPIOS MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| GREGORY EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 341.75 | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER FINANCIAL SVC A | SECURED VEHIC | 10174.03 | .00 | 622.81 |
| CHRYSLER FINANCIAL SVC A | UNSECURED | NOT FILED | .00 | .00 |
| U S BANK N A | CURRENT MORTG | .00 | .00 | .00 |
| TOMMY ECKLES | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIRST FINANCIAL PORTFOLI | UNSECURED | 831.74 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,464.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 52.19 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
------------------------------------------------------------------------
| TRUSTEE | 675.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 622.81 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 19481 ANGELA T ECKLES

```
TRUSTEE COMPENSATION                                    52.19
DEBTOR REFUND                                            .00
                        ---------------         ---------------
TOTALS                        675.00                  675.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/05/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE